UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:08-CV-992 CAS |
| | ) |
| CUSTOM TREE & LAWN SERVICE, INC. | ) |
| and JAY TURNER, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

This matter came for trial before a jury on the claims against defendants Custom Tree & Lawn Service, Inc. and Jay Turner, the undersigned United States District Judge presiding. The issues were duly tried, and the jury rendered its verdict on March 17, 2010.

As to plaintiff's claim in Count I of racial harassment against defendant Custom Tree & Lawn Service, Inc., the jury rendered its verdict in favor of plaintiff. As to plaintiff's damages on his claim of racial harassment against defendant Custom Tree & Lawn Service, Inc., the jury rendered its verdict finding plaintiff's damages to be Twenty Thousand Dollars ($20,000.00). The jury did not assess punitive damages on this claim.

As to plaintiff's claim in Count II of constructive termination against defendant Custom Tree & Lawn Service, Inc., the jury rendered its verdict in favor of plaintiff. As to plaintiff's damages on his claim of constructive termination against defendant Custom Tree & Lawn Service, Inc., the jury rendered its verdict finding plaintiff's damages to be Thirty-Two Thousand Dollars ($32,000.00). The jury did not assess punitive damages on this claim.

As to plaintiff's claim in Count III of racial harassment against defendant Jay Turner, the jury rendered its verdict in favor of plaintiff. As to plaintiff's damages on his claim of racial harassment against defendant Jay Turner, the jury rendered its verdict finding plaintiff's damages to be Zero Dollars ($0.00). The jury assessed punitive damages on this claim in the amount of One Hundred Thousand Dollars ($100,000.00).

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of plaintiff John Robinson and against defendant Custom Tree & Lawn Service, Inc. on plaintiff's claim of racial harassment in the amount of Twenty Thousand Dollars ($20,000.00).

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of plaintiff John Robinson and against defendant Custom Tree & Lawn Service, Inc. on plaintiff's claim of constructive termination in the amount of Thirty-Two Thousand Dollars ($32,000.00).

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of plaintiff John Robinson and against defendant Jay Turner on plaintiff's claim of racial harassment in the amount of Zero Dollars ($0.00).

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that plaintiff John Robinson is awarded punitive damages against defendant Jay Turner on plaintiff's claim of racial harassment in the amount of One Hundred Thousand Dollars ($100,000.00).

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that costs are assessed against defendants, jointly and severally.

*[signature: Charles A. Shaw]*

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 18th day of March, 2010.